■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN STRICK-LER, Appellant. — Judgment of the Supreme Court, Kings County (Kooper, J.), rendered October 5, 1981, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Gibbons, Bracken and Rubin, JJ., concur.